United States District Court
Southern District of Texas
**ENTERED**
August 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MJ ACTION NO. 2:23-MJ-00620 |
| | § | |
| JOSE LUIS JAIMES SALAMANCA | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. The defendant is a citizen of Mexico with no status to remain or enter the United States. The evidence indicates the defendant has been deported and illegally re-entered the United States. The defendant has no status to remain in the United States and has not presented any evidence he would be eligible to remain in the United States if released on bond. The defendant has been removed from the United States on at least five occasions and persists in illegally reentering the United States. The defendant's lack of compliance with immigration laws is a clear indication the defendant would be unwilling to comply with conditions of release. The defendant maintains that he has applied for asylum, however, the undersigned heard testimony that the defendant is ineligible for asylum. The defendant is facing a sentence of incarceration and will be deported again at the conclusion of this case. If released on bond, the defendant would

almost certainly abscond to avoid further incarceration and deportation.  The Defendant is a serious risk of flight and is ORDERED detained pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on August 18, 2023.

                                              _____
                                                       Jason B. Libby
                                              United States Magistrate Judge